JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>ALLSAINTS SPITALFIELDS USA RETAIL LTD., an England Corporation; and Does 1-10,<br><br>Defendant. | **Case:** 2:21-CV-01884-SB-RAO<br><br>ORDER TO DISMISS CASE WITH PREJUDICE |
|---|---|

Having read the stipulation of the parties and accompanying papers, and for good cause shown, the Court hereby GRANTS the request and dismisses this case with prejudice. Any and all upcoming case deadlines and hearings are hereby taken off calendar.

**IT IS SO ORDERED.**

Dated: February 16, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Judge

1